No. 1271, Misc.  BARLOW ET AL. *v.* COLLINS, EXECUTIVE DIRECTOR, ALABAMA AGRICULTURAL STABILIZATION AND CONSERVATION SERVICE, ET AL.  C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* granted.  Certiorari granted and case transferred to appellate docket. *Jonathan Weiss, Alvin J. Bronstein, Donald A. Jelinek, Charles S. Conley,* and *Richard B. Sobol* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Peter L. Strauss, Alan S. Rosenthal,* and *Norman G. Knopf* for respondents.

No. 995.  HOWARD *v.* UNITED STATES; and

No. 1089.  LEVINSON ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Marvin W. Cherrin* for petitioner in No. 995, and *Joseph W. Louisell, Ivan E. Barris,* and *Frank W. Wiseman* for petitioners in No. 1089. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States in both cases.  Reported below: 405 F. 2d 971.

No. 1216.  ADJMI *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.  *Milton E. Grusmark* and *Natalie Baskin* for petitioner.  *Earl Faircloth,* Attorney General of Florida, and *Jesse J. McCrary, Jr.,* Assistant Attorney General, for respondent.

No. 1306.  WALLS *v.* MANCUSI, WARDEN.  C. A. 2d Cir.  Certiorari denied.  *William T. Lifland* for petitioner.